## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 11-30305 |
|---|---|
| ANTHONY H WALKER (DECEASED) | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4352659**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 0 | ANTHONY H WALKER (DECEASED)<br>2735 Ome Avenue<br>Dayton, OH 45414 | 1,200.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/8/2015

<u>CERTIFICATE OF SERVICE</u>  11-30305

I hereby certify that on December 9, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH 45432

And on the following by ordinary U.S. Mail, on December 9, 2015:

ANTHONY H WALKER (DECEASED)
2735 Ome Avenue
Dayton, OH 45414

(33.1n)
CAPITAL ONE NA
BASS & ASSOCIATES PC
3936 E FT LOWELL ROAD
SUITE 200
TUCSON, AZ 85712

(35.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ 85712

(23.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ 85712

(26.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

(34.1n)
VANDA LLC
%WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121

ANTHONY H WALKER (DECEASED)
2735 Ome Avenue
Dayton, OH 45414

1130305_42_20151208_1537_278/T317_jh